(Nos. 2616, 2617, 2618, 2619, 2620, consolidated—

PAUL REED, No. 2616, WILLIAM BISCONTINE, No. 2617, CHRISTIAN WIELAND, No. 2618, HENRY FULGENZI, No. 2619, GEORGE BRYANT, No. 2620, Claimants, vs. STATE OF ILLINOIS, Respondent.

*Opinion filed May 14, 1935.*

CLAIMANTS, pro se.

OTTO KERNER, Attorney General; JOHN KASSERMAN, Assistant Attorney General, for respondent.

MR. JUSTICE YANTIS delivered the opinion of the court:

The above claims were filed pro se as individual claims but because they all grow out of the same transaction and are

identical in character, they are being disposed of in one opinion.

The claims were all filed February 25, 1935, each for Seventy Five Dollars ($75.00.) Plaintiffs respectively aver that they were members of the Springfield, Illinois, Mine Rescue Team; that on December 24, 1932 there was an explosion at the mine of the Moweaqua Coal company; that on said date the respective claimants, at the request of John G. Millhouse, the Director of the Department of Mines and Minerals, went to Moweaqua to assist in the rescue work made necessary by the explosion; that they each continued in such work for a total period of six days. They presented their bill for services to the Moweaqua Coal Company, but received no payment therefrom because the latter was hopelessly insolvent. They were thereupon paid Sixty Dollars ($60.00) each by the State. The Seventy Five Dollars ($75.00) now requested is for Five Dollars ($5.00) each, transportation charges to and from Moweaqua and Seventy Dollars ($70.00) each, additional compensation for services rendered.

No averment appears and no showing is made as to why only a part of the amount due claimants was paid them heretofore, but in a statement from James McSherry, Director of the Department of Mines and Minerals, it is stated among other things:

"The Springfield team's bill for the service they performed is necessarily much higher than the bill of any of the other teams for the reason that the Springfield team was on duty a greater portion of the time than any other team at the scene of the disaster * * * my personal opinion is that the bill is not at all excessive * * *"

Again in a report dated March 7, 1935 Director McSherry states:

"As originally submitted to the department the bills for services in this case (The Moweaqua Mine Disaster) were based on a lower rate than it had been the custom to charge for such work for a number of years."

In other claims for Mine Rescue Team work, filed in this court in connection with the Moweaqua mine disaster, proof has been made and awards allowed on the basis of a daily allowance of Sixteen Dollars ($16.00) per day. So far as its province permits, the court believes that awards made by it should be on a uniform scale.

Each of the claims filed herein is as follows:

| | |
|---|---|
| Services, wearing a breathing machine (apparatus) 30 hours at $3.00 per hour | $90.00 |
| 40 hours at $1.00 per hour | 40.00 |
| Transportation to and from Moweaqua | 5.00 |
| Total | $135.00 |
| Credit on above | 60.00 |
| Balance due | $75.00 |

These claims are supported by the record, and the merits thereof admitted.

Awards are therefore made as follows:

| | |
|---|---|
| Paul Reed | $75.00 |
| William Biscontine | 75.00 |
| Christian Wieland | 75.00 |
| Henry Fulgenzi | 75.00 |
| George Bryant | 75.00 |